IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS L. CAMPBELL, | Civil Action No. 07 - 168J |
| Petitioner, | |
| v. | District Judge Arthur J. Schwab |
| JOHN YOST, In His Official Capacity as Warden, F.C.I. Loretto; FEDERAL BUREAU OF PRISONS, | |
| Respondents. | |

**ORDER**

On July 5, 2007, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (doc. no. 1) and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 9), filed on May 9, 2008, recommended that the Petition for Writ of Habeas Corpus be denied due to Petitioner's failure to have exhausted his administrative remedies. Petitioner was served with the Report and Recommendation and was advised he was allowed ten (10) days from the date of service to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in

the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4TH day of June, 2008;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 9) of Magistrate Judge Lenihan, dated May 9, 2008, is adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

_____
Arthur J. Schwab
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Curtis L. Campbell
06727-068
FCI Loretto
P.O. Box 1000
Loretto, PA 15940